

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2018

No. 04-18-00110-CV

**NEW SAN ANTONIO SPECIALTY HOSPITAL, LLC** d/b/a LifeCare Hospitals of San
Antonio,
Appellants

v.

Douglas B. **JACKSON,**
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI21001
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

On March 12, 2018, the attorneys representing appellant and appellee in this case filed a Joint Motion to View and Obtain a Copy of the Sealed Record. In the motion, the attorneys requested access to Volume 4 of the record, which is sealed. After considering the parties' joint motion, we **GRANT** the attorneys' request **IN PART** and direct the attorneys to contact the Clerk of this court to make arrangements to view the sealed record at the Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio, Texas, during normal business hours. The parties, however, are not allowed to make copies of the sealed record or remove any portion of the sealed contents from the court's location. All parties and their attorneys are **ORDERED**: (1) to fully comply with the instructions provided by the Clerk of this court regarding their access to the sealed record; and (2) not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event appellant or appellee reference the sealed record in their respective briefs, they are **ORDERED** to (1) file their respective briefs in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).



_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court